# United States District Court
# Central District of California

| | |
|---|---|
| SPICY BEER MIX INC; GREGORY MURKIJANIAN, SR., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:15-cv-3361-ODW(GJSx) <br><br> **ORDER TO SHOW CAUSE RE. APPLICATION FOR REFUND OF FEES PAID** |

The Court hereby **ORDERS** Plaintiffs **TO SHOW CAUSE**, in writing, **by June 8, 2015**, why Plaintiff is entitled to a refund of fees. No hearing will be held. If no response is filed by the set forth date, the Court will **DENY** Plaintiff's Application for Refund of Fees Paid (ECF No. 6).

**IT IS SO ORDERED.**

June 1, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**