UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 15-3361-ODW (GJSx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | Spicy Beer Mix, Inc., et al. v. Scottsdale Insurance Company | | |

Present: The Honorable   GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Gregg A. Rapoport | Meka Moore |

**Proceedings:**   Settlement Conference

The case is called. Appearances are stated for the record.

The settlement conference is conducted off the record.

A settlement has been reached.

|   | 3 | : | 20 |
|---|---|---|---|
| Initials of Preparer | | efc | |