# United States District Court
# Central District of California

| | |
|---|---|
| SPICY BEER MIX INC; GREGORY MURKIJANIAN, SR., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>SCOTTSDALE INSURANCE COMPANY, <br><br>　　　　　Defendants. | Case No. 2:15-cv-3361-ODW(GJSx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Minutes of Settlement Conference (ECF No. 29), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by Oct. 22, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 22, 2015

　　　　　　　　　_____
　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　**UNITED STATES DISTRICT JUDGE**