Gregg A. Rapoport (SBN 136941)
Law Offices of Gregg A. Rapoport, APLC
444 S. Flower St., Ste. 1700
Los Angeles, California 90071
(213) 438-5285
gar@garlaw.us

Attorney for Plaintiffs
SPICY BEER MIX, INC. and GREGORY MURKIJANIAN, SR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPICY BEER MIX, INC. a California corporation, and GREGORY MURKIJANIAN, SR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | **Case No. 2:15-cv-03361-ODW(GJSx)**<br>*Hon. Otis D. Wright II*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**(FRCP 41(a)(1))** |

TO THIS HONORABLE COURT:

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the parties hereto, Plaintiffs, SPICY BEER MIX, INC. and GREGORY MURKIJANIAN, SR., and Defendant SCOTTSDALE INSURANCE COMPANY, through their respective counsel herein, HEREBY STIPULATE TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: October 29, 2015

LAW OFFICES OF GREGG A. RAPOPORT, APLC

/s/ *Gregg A. Rapoport*
Gregg A. Rapoport

Attorney For Plaintiffs
SPICY BEER MIX, INC. and GREGORY MURKIJANIAN, SR.

Dated: October 29, 2015

SELMAN BREITMAN LLP

/s/ Meka Moore
*Meka Moore*
Attorney For Defendant
SCOTTSDALE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Gregg A. Rapoport, am over the age of 18 years and am not a party to this action. Upon my oath, I hereby state that on the date set forth below, I caused the foregoing:

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

to be filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, if any attorneys are not participating in electronic filing, they are identified below and have been mailed, via first-class postage, notice hereof on the date this document is being electronically filed.

Dated: October 29, 2015

By:  s/ *Gregg A. Rapoport*
      Gregg A. Rapoport